UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CHAPTER 11

AIDA'S PARADISE, LLC,                               CASE NO.: 6:12-bk-00189-KSJ

Debtor.
_____/

APPLICATION OF AIDA'S PARADISE, LLC, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO JANUARY 6, 2012

AIDA'S PARADISE, LLC, ("Debtor"), hereby seeks authorization to employ R. Scott Shuker and the law firm of Latham, Shuker, Eden & Beaudine, LLP, ("LSEB") as its counsel in this cases, *nunc pro tunc* to January 6, 2012, and, in support thereof, state:

1. On January 6, 2012, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"). No trustee has been appointed, and the Debtor is administering its case as a debtor-in-possession.

2. The Debtor desires to employ LSEB, under § 327(a) of the Bankruptcy Code, to assist the Debtor in its bankruptcy case.

3. The Debtor has selected LSEB because:

    (a) partners and associates of LSEB have substantial experience in rendering the types of legal services that will be required in these cases;

    (b) partners and associates of LSEB are admitted to practice in this Court; and

    (c) LSEB will be able to efficiently and cost-effectively render services necessary in these Chapter 11 cases.

4. In the continuation of the Debtor's estate and in the administration of this case, legal services will be required as to, but not limited to, the following:

    (a) advising as to the Debtor's rights and duties in this case;

    (b) preparing pleadings related to this case, including a disclosure statement and a plan of reorganization; and

    (c) taking any and all other necessary action incident to the proper preservation and administration of this estate.

5. LSEB has represented the Debtor since on or about January 4, 2012, in connection with representing it in connection with the filing of its Chapter 11 case.

6. Except as set forth in paragraph 8 herein and in the Verified Statement, and, to the best of Debtor's knowledge, LSEB has no connection with the creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

7. Except as set forth in paragraph 8 herein and in the Verified Statement, and to Debtors' knowledge, LSEB represents no interest adverse to Debtor or to the estate in matters upon which it is to be engaged, and employment of LSEB would be in the best interest of the estate. To the best of the Debtor's knowledge, LSEB has no connection with the creditors, any other party in interest, its respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

8. LSEB also represents Park Lane, LLC ("Park Lane"). Park Lane is a debtor in a Chapter 11 case filed in the Middle District of Florida, Orlando Division, Case No. 6:11-bk-7218-KSJ. Debtor and Park Lane have common ownership: Dr. Adil R. Elias and Dr. Aida A. Elias.

9. The terms of employment agreed to between the Debtor and LSEB, subject to approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of LSEB, which rates range from $500 for its most experienced attorneys to $105 for its most junior paraprofessionals and are subject to periodic adjustment to reflect economic and other considerations. LSEB will apply its advance fee to its periodic billings subject to interim and final applications for compensation and approval by the Court, and, at an appropriate time, LSEB may make applications for an award of additional compensation; and the Debtor, subject to Court approval, shall be responsible for all fees and expenses incurred by LSEB.

10. Prior to the commencement of this case, the Debtor paid an advance fee of $45,213.50 for post-petition services and expenses in connection with this case.

11. The Debtor has previously paid LSEB $11,786.50, on a current basis, for the filing fee and for services rendered prior to commencement of this case with respect to preparing and filing the instant case.

**WHEREFORE**, AIDA'S PARADISE, LLC, respectfully requests the entry of an order authorizing it to retain and employ R. Scott Shuker and the law firm of Latham, Shuker, Eden & Beaudine, LLP, as its bankruptcy counsel in this case, *nunc pro tunc*, to January 6, 2012, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this __16__ day of January 2012.

AIDA'S PARADISE, LLC

By: _____
Dr. Adil Elias, Managing Member

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CHAPTER 11

AIDA'S PARADISE, LLC,                               CASE NO.: 6:12-bk-00189-KSJ

　　　　　　Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **APPLICATION OF AIDA'S PARADISE, LLC, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL,** *NUNC PRO TUNC* **TO JANUARY 6, 2012**, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Aida's Paradise, LLC**, c/o Dr. Adil Elias, 2450 Maitland Center Parkway, Suite 300, Maitland, FL 32751; **Richard B. Weinman**, Esq., Winderweedle Haines et al., a/f Mercantile/TD Bank, 390 N. Orange Ave., Ste. 1500, Orlando, FL 32801; the **Local Rule 1007-2** Parties-in-interest list, as shown on the matrix attached to the original of this statement filed with the Court; and the **U.S. Trustee**, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; this ___ of January 2012.

　　　　　　　　　　　　　　　　　　　　/s/ R. Scott Shuker
　　　　　　　　　　　　　　　　　　　　R. Scott Shuker, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 984469
　　　　　　　　　　　　　　　　　　　　rshuker@lseblaw.com
　　　　　　　　　　　　　　　　　　　　Christopher R. Thompson
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0093102
　　　　　　　　　　　　　　　　　　　　cthompson@lseblaw.com
　　　　　　　　　　　　　　　　　　　　**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
　　　　　　　　　　　　　　　　　　　　111 N. Magnolia Ave, Suite 1400
　　　　　　　　　　　　　　　　　　　　P.O. Box 3353  (32802-3353)
　　　　　　　　　　　　　　　　　　　　Orlando, Florida  32801
　　　　　　　　　　　　　　　　　　　　Tel: 407-481-5800
　　　　　　　　　　　　　　　　　　　　Fax: 407-481-5801
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor

```
Label Matrix for local noticing          Aida's Paradise, LLC                    Carlos P. Moreno
113A-6                                    2450 Maitland Center Pkwy               2105 Mosher Dr.
Case 6:12-bk-00189-KSJ                    Ste. 300                                Orlando, FL 32810-4407
Middle District of Florida                Maitland, FL 32751-4140
Orlando
Tue Jan 17 14:01:48 EST 2012

Clement Electric                          Cuhaci Peterson                         Evans Engineering
120 Spring Lake Hills Dr                  1925 Prospect Ave.                      719 Irma Ave.
Altamonte Springs, FL 32714-3423          Orlando, FL 32814-6358                  Orlando, FL 32803-3804


Jennifer Donuts                           Ronical Int'l Trading                   Roy Law Firm
7440 International Drive                  2450 Maitland Center Parkway            1003 Orienta Ave.
Orlando, FL 32819-8234                    Ste. 300                                Altamonte Springs, FL 32701-5058
                                          Maitland, FL 32751-4140


S.I Restaurant (I-Drive) LLC              Scherer Construction &                  TD Bank, NA, f/k/a Mercantile Bank
10713 Lake Louisa Rd.                     Engineering of Central FL               c/o Richard B. Weinman, Esq.
Clermont, FL 34711-8965                   2909 Fairgreen St.                      Winderweedle Haines Ward & Woodman, PA
                                          Orlando, FL 32803-5043                  390 N. Orange Avenue, Suite 1500
                                                                                  Orlando, FL 32801-1658

R Scott Shuker +                          United States Trustee - ORL +           Miriam G Suarez +
Latham Shuker Eden & Beaudine LLP         135 W. Central Blvd., Suite 620         United States Trustee
Post Office Box 3353                      Orlando, FL 32801-2440                  135 West Central Blvd  Suite 620
Orlando, FL 32802-3353                                                            Orlando, FL 32801-2440


Richard B Weinman +                       Christopher R Thompson +                End of Label Matrix
Winderweedle Haines Ward & Woodman PA     Lathan,Shuker,Eden & Beaudine, LLP      Mailable recipients    16
Post Office Box 1391                      111 N. Magnolia Avenue                  Bypassed recipients     0
Orlando, FL 32802-1391                    Suite 1400                              Total                  16
                                          Orlando, FL 32801-2367
```