UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          CHAPTER 11

AIDA'S PARADISE, LLC,                        CASE NO.: 6:12-bk-00189-KSJ

   Debtor.
_____/

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF AIDA'S PARADISE, LLC, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTORS' COUNSEL, *NUNC PRO TUNC* TO JANUARY 6, 2012**

I, R. Scott Shuker, in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am a partner with the firm of Latham, Shuker, Eden & Beaudine, LLP ("LSEB"), and have been duly admitted to practice in this Court.

2. LSEB was retained by the Debtor on or about January 4, 2012, and has been kept current on its bills and has not received any preferential payments as defined in 11 U.S.C. § 547. LSEB is not a creditor of the Debtor.

3. Except as stated below and to Debtor's knowledge, LSEB has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

4. LSEB also represents Park Lane, LLC ("Park Lane"). Park Lane is a debtor in a Chapter 11 case filed in the Middle District of Florida, Orlando Division, Case No. 6:11-bk-7218-KSJ. Debtor and Park Lane have common ownership: Dr. Adil R. Elias and Dr. Aida A. Elias.

5. The undersigned is not aware of any conflict or potential conflict relating to the employment of LSEB as counsel for Debtor-in-Possession in this case, does not hold any interest

adverse to the Debtor's estate; and believes it is a "disinterested person" as defined within § 101(14) of the Bankruptcy Code.

8. The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtor, (2) a computer search of LSEB's client list, and (3) a memorandum circulated to all of LSEB's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED AND EXECUTED** this \_\_17\_\_ day of January 6, 2012.

/s/
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Avenue, Suite 1400
P.O. Box 3353  (32802-3353)
Orlando, Florida  32801
Tel: (407) 481-5800/Fax: (407) 481-5801
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                         CHAPTER 11

AIDA'S PARADISE, LLC,                              CASE NO.: 6:12-bk-00189-KSJ

    Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF THE APPLICATION OF AIDA'S PARADISE, LLC, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO JANUARY 6, 2012**, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Aida's Paradise, LLC**, c/o Dr. Adil Elias, 2450 Maitland Center Parkway, Suite 300, Maitland, FL 32751; **Richard B. Weinman**, Esq., Winderweedle Haines et al., a/f Mercantile/TD Bank, 390 N. Orange Ave., Ste. 1500, Orlando, FL 32801; the **Local Rule 1007-2** Parties-in-interest list, as shown on the matrix attached to the original of this statement filed with the Court; and the **U.S. Trustee**, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; this ___ of January 2012.

_____
R. Scott Shuker, Esq.

Label Matrix for local noticing
113A-6
Case 6:12-bk-00189-KSJ
Middle District of Florida
Orlando
Tue Jan 17 14:01:48 EST 2012

Aida's Paradise, LLC
2450 Maitland Center Pkwy
Ste. 300
Maitland, FL 32751-4140

Carlos P. Moreno
2105 Mosher Dr.
Orlando, FL 32810-4407

Clement Electric
120 Spring Lake Hills Dr
Altamonte Springs, FL 32714-3423

Cuhaci Peterson
1925 Prospect Ave.
Orlando, FL 32814-6358

Evans Engineering
719 Irma Ave.
Orlando, FL 32803-3804

Jennifer Donuts
7440 International Drive
Orlando, FL 32819-8234

Ronical Int'l Trading
2450 Maitland Center Parkway
Ste. 300
Maitland, FL 32751-4140

Roy Law Firm
1003 Orienta Ave.
Altamonte Springs, FL 32701-5058

S.I Restaurant (I-Drive) LLC
10713 Lake Louisa Rd.
Clermont, FL 34711-8965

Scherer Construction &
Engineering of Central FL
2909 Fairgreen St.
Orlando, FL 32803-5043

TD Bank, NA, f/k/a Mercantile Bank
c/0 Richard B. Weinman, Esq.
Winderweedle Haines Ward & Woodman, PA
390 N. Orange Avenue, Suite 1500
Orlando, FL 32801-1658

R Scott Shuker +
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

United States Trustee - ORL +
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Miriam G Suarez +
United States Trustee
135 West Central Blvd  Suite 620
Orlando, FL 32801-2440

Richard B Weinman +
Winderweedle Haines Ward & Woodman PA
Post Office Box 1391
Orlando, FL 32802-1391

Christopher R Thompson +
Lathan,Shuker,Eden & Beaudine, LLP
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801-2367

End of Label Matrix
Mailable recipients    16
Bypassed recipients     0
Total                  16